UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETRA RUIZ,

        Plaintiff,                        Case No. 1:14cv98

v.                                                 Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 27, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 27, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that decision of the Commissioner is **AFFIRMED**.

                                                                   /s/ Robert J. Jonker
                                                                  ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE

DATED: May 4, 2015.